## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

RAINA MCBURROWS, etal,

                  Plaintiffs,      CASE NUMBER: 09-14863

v.                                         HON. MARIANNE O. BATTANI

DETROIT PUBLIC SCHOOLS,

                  Defendant.
_____/

### NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Marianne O. Battani, United States District Judge, for the above proceeding on **AUGUST 5, 2010 @ 2:00 P.M.**, in Courtroom 272, 231 W. Lafayette Blvd., Detroit, Michigan 48226. The following motion(s) are scheduled for hearing:

- ■ MOTION TO VACATE CONSENT JUDGMENT ISSUED IN CASE NO. 04-60112 filed by Defendant on April 5, 2010; and
- ■ MOTION FOR CLASS CERTIFICATION filed by Plaintiffs on May 3, 2010.

The following briefing schedule is to be followed:*

| | |
|---|---|
| **Response Due Date** | 6/18/10 |
| **Reply Due Date** *(The Court requires a reply to every response)* | 7/09/10 |
| **Oral Argument** | 8/05/10 at 2:00 pm |

### CERTIFICATE OF SERVICE

I certify that a copy of this notice was mailed/e-filed to all counsel of record on this date.

Date: 5/07/10                                                         s/Colette Motowski
                                                                              Colette Motowski, secretary to
                                                                              Hon. Marianne O. Battani 313-234-2625